MANNING R. ROLL, Respondent, *v.* THE NORTHERN CENTRAL RAILWAY COMPANY, Appellant.

(Argued March 4, 1880 ; decided March 19, 1880.)

REPORTED below, 15 Hun, 496.

*Geo. M. Diven* for appellant.

*H. Boardman Smith* for respondent.

Agree to affirm without opinion.
All concur, except RAPALLO, J., not voting.
Judgment affirmed.

---

CLARKE B. AUGUSTINE, Respondent, *v.* JAMES BRITT, Appellant.

(Argued March 8, 1880; decided March 19, 1880.)

REPORTED below, 15 Hun, 395.

*Edward Devoe* for appellant.

*James A. Deering* for respondent.

Agree to affirm without opinion.
All concur, except ANDREWS, J., absent.
Judgment affirmed.